

FILED

DEC 14

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 14-cr-051-2 (BAH) |
| | ) | |
| v. | ) | |
| | ) | |
| NEMESIO OSEGUERA CERVANTES, | ) | Case: 1:14-cr-051-2 |
| also known as "Mencho" and | ) | Assigned To : Chief Judge Howell, Beryl A. |
| "Ruben Oseguera Cervantes," | ) | Assign. Date : 12/14/2017 |
| | ) | Description: SUPERSEDING INDICTMENT (B) |
| | ) | Case Related to: 14-cr-051 (BAH) |
| Defendant. | ) | |

## ORDER

Upon consideration of the Government's Motion to Quash the Original Arrest warrant. It is ORDERED, that the Government's Motion is granted and the original arrest warrant for defendant Nemesio Oseguera Cervantes is quashed. In support of this ruling, the court makes the following findings:

1. Pursuant to the return of an Indictment, an original arrest warrant was issued for the defendant on or about March 13, 2014.

2. Pursuant to the return of a Superseding Indictment, and Superseding Arrest Warrant issued on December 14, 2017.

3. The defendant will be arrested and processed on the Superseding Indictment.

4. Accordingly, the Government respectfully moves this Court to quash the original arrest warrant.

DATE: 12/14/17

_____
Honorable Robin M. Meriweather
United States Magistrate Judge
United States District Court
District of Columbia