AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

**SEALED**

**FILED**
DEC 15 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>NEMESIO OSEGUERA CERVANTES,<br>also known as "Mencho" and "Ruben Oseguera Cervantes"<br>*Defendant* | Case: 1:14-cr-51 -2<br>Assigned To : Judge Beryl A. Howell<br>Assign. Date : 03/13/2014<br>Description: Indictment (B) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   NEMESIO OSEGUERA CERVANTES, also known as "Mencho" and "Ruben Oseguera Cervantes",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Continuing Criminal Enterprise, in violation of 21 U.S.C. §§ 848(a), 848(b), (848(c) and 848(e)(1)(A).
Count 2: Conspiracy to Distribute Five Kilograms or More of Cocaine and Fifty Grams or More of Methamphetamine for Importation into the United States, in violation of 21 U.S.C. §§ 959, 960, 963.
Count 3: Use of a Firearm, in violation of 18 U.S.C. §§ 924(c)(1)(A)(i), 924(c)(A)(ii) and 924(c)(1)(B)(ii).

Date: 03/13/2014

*Issuing officer's signature*

City and state:   Washington, D.C.

Magistrate Judge Deborah A. Robinson
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*